1 David J. Dow, Bar No. 179407
ddow@littler.com
2 LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
3 San Diego, California 92101.3577
Telephone: 619.232.0441
4 Fax No.: 619.232.4302

5 Attorneys for Defendants
G.I. INDUSTRIES; WASTE MANAGEMENT,
6 INC. and WM RESOURCES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JORGE AVALOS, ARMANDO SOTO, JESUS OROZCO, HECTOR GARCIA, GERARDO ZENDEJAS, JAIME GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>G.I. INDUSTRIES, dba WASTE MANAGEMENT, a corporation, WASTE MANAGEMENT, INC., a corporation, WM RESOURCES, INC., a corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-03842-SVW-AGR<br><br>**STIPULATION TO DISMISS DEFENDANTS WASTE MANAGEMENT, INC. AND WM RESOURCES, INC.** |

4888-0845-8288.1 / 046554-1515

1  Plaintiffs JORGE AVALOS, ARMANDO SOTO, JESUS OROZCO, HECTOR GARCIA, GERARDO ZENDEJAS, JAIME GARCIA and Defendants WASTE MANAGEMENT, INC. and WM RESOURCES, INC., by and through their respective counsel, hereby stipulate and agree that Defendants WASTE MANAGEMENT, INC. and WM RESOURCES, INC. shall be dismissed from this action without prejudice. No consideration is being paid in return for this dismissal. This stipulation does not confer prevailing party status on any party.

SO STIPULATED.

Dated: August 31, 2022

LITTLER MENDELSON, P.C.

/s/ David J. Dow
David J. Dow
Attorneys for Defendants
G.I. INDUSTRIES; WASTE MANAGEMENT, INC. and WM RESOURCES, INC.

Dated: August 31, 2022

BREWER LAW OFFICE

/s/ Kathleen A. Brewer
By: Kathleen A. Brewer
Attorneys for Plaintiffs
JORGE AVALOS, ARMANDO SOTO, JESUS OROZCO, HECTOR GARCIA, GERARDO ZENDEJAS, and JAIME GARCIA, individually, and on behalf of Similarly Situated Individuals

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

4888-0845-8288.1 / 046554-1515

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

Dated: August 31, 2022

LITTLER MENDELSON, P.C.

/s/ David J. Dow
David J. Dow
Attorneys for Defendants
G.I. INDUSTRIES; WASTE MANAGEMENT, INC. and WM RESOURCES, INC.

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
619.232.0441

4888-0845-8288.1 / 046554-1515

3