Timothy B. Sottile, SBN 127026
Michael F. Baltaxe, SBN 129532
**SOTTILE BALTAXE**
28632 Roadside Drive, Suite 100
Agoura Hills, CA 91301
Tel: 818.889.0050  Fax: 818.889.6050
*TSottile@SottileBaltaxe.com*
*MBaltaxe@SottileBaltaxe.com*

Kathleen A. Brewer, SBN 155688
**BREWER LAW OFFICE**
2945 Townsgate Road, Suite 200
Westlake Village, California 91361
Tel: 805.719-2731  Fax: 805.980.5789
*kab@brewerlawoffice.com*

Attorneys for Plaintiffs

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE AVALOS, ARMANDO SOTO, JESUS OROZCO, HECTOR GARCIA, GERARDO ZENDEJAS, JAIME GARCIA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>G.I. INDUSTRIES, dba WASTE MANAGEMENT, a corporation,<br><br>and DOES 1-10, inclusive,<br><br>                    Defendants<br>_____ | CASE NO.  2:22-cv-03842-MAA<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT<br><br><br>Hon. Maria A. Audero, Magistrate Judge<br>Hearing Date: November 5, 2024<br>Time:            10:00 a.m.<br>Location:      Courtroom 880<br>                     Roybal Building |

---

NOTICE OF MOTION FOR SETTLEMENT APPROVAL

TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 5, 2024 at 10 a.m., in Courtroom 880 of the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street Los Angeles, CA 90012-3332, Plaintiffs, JORGE AVALOS, ARMANDO SOTO, JESUS OROZCO, HECTOR GARCIA, GERARDO ZENDEJAS, JAIME GARCIA ("Plaintiffs") will and hereby do move the Court for an order granting preliminary approval of the Joint Stipulation of FLSA Collective Action, Class Action and PAGA Settlement And Release ("Settlement Agreement") reached with Defendant, G.I. INDUSTRIES ("Defendant"), a true and correct copy of which is attached as Exhibit 1 to the Declaration of Kathleen A. Brewer submitted herewith. Specifically, Plaintiff moves for an order:

1. Granting preliminary approval of the terms of the Settlement Agreement as fair, reasonable and adequate, including: the amount of the settlement; the procedures for giving notice to class members and FLSA opt-ins; the procedures for opting out of and/or objecting to the settlement; the procedures for opting in to the FLSA portion of the settlement; the amounts allocated to the class representatives as service payments; the amounts allocated to attorneys' fees and costs; the amount allocated to the costs of settlement administration; and the amount allocated to PAGA penalties.

2. Preliminarily certifying, for settlement purposes, the Settlement Class described in the Agreement.

3. Preliminarily certifying, for settlement purposes, the FLSA Collective described in the Agreement.

4. Approving the form and content of the Notice Packet attached as Exhibits A and B to the Settlement Agreement and directing that notice to the settlement Class and FLSA Collective be provided as set forth in the Settlement Agreement.

5. Appointing ILYM Group, Inc. as Settlement Administrator.

6. Appointing the six named Plaintiffs as Class Representatives.

7. Appointing the offices of Sottile Baltaxe and Brewer Law as Class Counsel.

8. Setting the matter for final approval.

The Parties have conferred extensively about this motion for approval, and the motion is not opposed.

Dated:                              SOTTILE BALTAXE
                                    BREWER LAW OFFICE


                                    _____
                                    KATHLEEN A. BREWER
                                    Attorneys for Plaintiffs