Timothy B. Sottile, SBN 127026
Michael F. Baltaxe, SBN 129532
**SOTTILE BALTAXE**
28632 Roadside Drive, Suite 100
Agoura Hills, CA 91301
Tel: 818.889.0050  Fax: 818.889.6050
*TSottile@SottileBaltaxe.com*
*MBaltaxe@SottileBaltaxe.com*

Kathleen A. Brewer, SBN 155688
**BREWER LAW OFFICE**
2945 Townsgate Road, Suite 200
Westlake Village, California 91361
Tel: 805.719-2731  Fax: 805.980.5789
*kab@brewerlawoffice.com*

Attorneys for Plaintiffs

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE AVALOS, ARMANDO SOTO, JESUS OROZCO, HECTOR GARCIA, GERARDO ZENDEJAS, JAIME GARCIA, <br><br> Plaintiffs, <br><br> vs. <br><br> G.I. INDUSTRIES, dba WASTE MANAGEMENT, a corporation, <br><br> and DOES 1-10, inclusive, <br><br> Defendants | CASE NO.  2:22-cv-03842-MAA <br><br> PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT <br><br> Hon. Maria A. Audero, Magistrate Judge <br> Hearing Date: July 21, 2025 <br> Time:          2:00 a.m. <br> Location:     Courtroom 880 <br>                    Roybal Building |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 21, 2025 at 2 p.m., in Courtroom 880 of the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street Los Angeles, CA 90012-3332, Plaintiffs, JORGE AVALOS, ARMANDO SOTO, JESUS OROZCO, HECTOR GARCIA, GERARDO ZENDEJAS, JAIME GARCIA ("Plaintiffs") will and hereby do move the Court for an order granting final approval of the Joint Stipulation of FLSA Collective Action, Class Action and PAGA Settlement And Release ("Settlement Agreement") reached with Defendant, G.I. INDUSTRIES ("Defendant"), a true and correct copy of which is attached as Exhibit 1 to the Declaration of Kathleen A. Brewer submitted herewith. Specifically, Plaintiff moves for an order:

1. Granting final approval of the terms of the Settlement Agreement as fair, reasonable and adequate.

2. Certifying, for settlement purposes, the Settlement Class described in the Agreement.

3. Certifying, for settlement purposes, the FLSA Collective described in the Agreement.

4. Awarding the Requested Service Awards to the Class Representatives.

5. Awarding costs of $10,800 to ILYM Group, Inc. as Settlement Administrator.

---

NOTICE OF MOTION FOR FINAL SETTLEMENT APPROVAL

1      The Parties have conferred extensively about this motion for approval, and the

2  motion is not opposed.

3

4  Dated:      6/25/25                    SOTTILE BALTAXE
                                         BREWER LAW OFFICE
5

6

7                                        _____
                                         KATHLEEN A. BREWER
8                                        Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION FOR FINAL SETTLEMENT APPROVAL