JS-6

**UNITED STATE DISTRICT COURT**

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| JORGE AVALOS, ARMANDO SOTO, JESUS OROZCO, HECTOR GARCIA, GERARDO ZENDEJAS, JAIME GARCIA, | Case No. 2:22-cv-03842-MAA |
| Plaintiffs, | **[~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES AND COSTS TO CLASS COUNSEL** |
| v. | |
| G.I. INDUSTRIES, dba WASTE MANAGEMENT, a corporation, | |
| and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiffs' unopposed Motion for an Award of Attorney's Fees and Costs to Class Counsel came before the Court for hearing on July 21, 2025. The Court has reviewed and considered the papers filed in support of the motion, including the Memorandum of Points and Authorities, the Declarations of Plaintiffs and the

1

ORDER

Declarations of Counsel, with exhibits, and the arguments presented by counsel at the hearing. Based on the foregoing, the Court finds that the requested fees and costs are reasonable and have been authorized by the Settlement Agreement. The Court finds that GOOD CAUSE appears for granting the Motion and for awarding the requested fees and costs.

GOOD CAUSE having been shown, the Court **GRANTS** the Motion and **ORDERS** as follows:

1. The Court approves the requested fee award of $250,000 (one-third the Gross Settlement Amount) and finds that an upward departure from the 25% "benchmark" to one-third of the settlement fund is appropriate for this case.

2. The Court finds that the litigation expenses of $33,832.72 as requested by Class Counsel are reasonable and approves disbursement of costs in the amount of $23,832.72 from the Gross Settlement Amount. The Court further approves a separate disbursement of $10,000 to Class Counsel as reimbursement for mediation fees. The $10,000 disbursement is not to be made from the Gross Settlement Amount, but from separate funds provided by Defendant pursuant to the Settlement Agreement.

3.  All cost disbursements approved by this Order are to be made in accordance with the terms of the Settlement Agreement.

  IT IS SO ORDERED.

Dated: 07/23/2025
                                          _____
                                          Hon. Maria A. Audero
                                          U.S. Magistrate Judge

3

ORDER